IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL MILTON,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MEDIA INSTITUTE, LLC, and AMOS GELB,<br><br>    Defendants.<br><br>WASHINGTON MEDIA INSTITUTE, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>DANIEL MILTON,<br><br>    Counterclaim Defendant. | Civil Action No. 1:15-cv-01430-RCL |

## ORDER

UPON CONSIDERATION of Parties' Joint Correspondence Requesting The Court To Stay The Matter For Settlement Discussions, any arguments in support thereof, and any opposition thereto, it is this 22nd day of _January_, 2016, hereby

ORDERED, that Parties' Request is GRANTED; and it is hereby

ORDERED, that all deadlines up to and including February 19, 2016, will be stayed while the parties discuss potential settlement.

IT IS SO ORDERED.

3

_____
THE HONORABLE ROYCE C. LAMBERTH
United States District Judge

PERSONS TO BE SERVED:

Michael J. Baratz
Molly Bruder Fox
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036

Gregg C. Greenberg
Jason D. Friedman
ZIPIN, AMSTER & GREENBERG, LLC
836 Bonfant Street
Silver Spring, MD 20910