IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL MILTON,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**WASHINGTON MEDIA INSTITUTE, LLC,**<br>**and AMOS GELB,**<br><br>  **Defendants.**<br>**WASHINGTON MEDIA INSTITUTE, LLC,**<br><br>  **Counterclaimant,**<br><br>  v.<br><br>**DANIEL MILTON,**<br><br>  **Counterclaim Defendant.** | Civil Action No. 1:15-cv-01430-RCL |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), please dismiss the above-captioned matter with prejudice.

                                      Respectfully submitted,

                                      /s/ Gregg C. Greenberg
                                      Gregg C. Greenberg, Bar No. MD17291
                                      ZIPIN, AMSTER & GREENBERG, LLC
                                      8757 Georgia Avenue, Suite 400
                                      Silver Spring, MD 20910
                                      Tel:  (301) 857-9373
                                      Fax:  (301) 587-9397
                                      Email:  ggreenberg@zagfirm.com

                                      *Counsel for Plaintiff-Counterclaim Defendant,*
                                      *Daniel Milton*

/s/  Molly Bruder Fox
Michael J. Baratz (D.C. Bar No. 480607)
Jeffrey Theodore (D.C. Bar No. 975975)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Tel:	(202) 429-8157
Fax:	(202) 429-3902
Email:	mbaratz@steptoe.com
	jtheodore@steptoe.com
	mbfox@steptoe.com

*Counsel for Defendant-Counterclaimant Washington Media Institute, LLC and Defendant Amos Gelb*

Date:  October 5, 2016